IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIXA SANTIAGO | : | CIVIL ACTION |
| | : | NO. 14-4240 |
| v. | : | |
| | : | |
| A.R. RESOURCES, INC. | : | |

## ORDER

AND NOW, this 26th day of February, 2015, upon consideration of defendant A.R. Resources, Inc.'s motion for summary judgment, Dkt. No. 30, plaintiff Janixa Santiago's response and brief in response thereto, Dkt. Nos. 33 and 36, and defendant's reply. Dkt. No. 37, it is ORDERED that defendants motion is GRANTED and JUDGMENT IS ENTERED in favor of defendant A.R. Resources, Inc. and against plaintiff Janixa Santiago.

It is FURTHER ORDERED that plaintiff's motion to compel defendant to provide more full and complete responses to plaintiff's discovery requests, Dkt. No. 35, and defendant's motion for a protective order, Dkt. No. 38, are DENIED as moot.

                                            *s/Thomas N. O'Neill, Jr.*
                                            THOMAS N. O'NEILL, JR., J.